IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA STOKES, AS** | : | CIVIL ACTION |
| **ADMINISTRATRIX FOR THE** | : | |
| **ESTATE OF MATTHEW J.** | : | |
| **MUNRO,** | : | NO. 08-3775 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **NATIONAL RAILROAD** | : | |
| **PASSENGER CORP., et al.,** | : | |
| Defendants | : | |

**O R D E R**

     **AND NOW**, this   23rd   day of September, 2009, upon careful consideration of Defendant Mount Joy's motion to dismiss (Document #15), and the plaintiff's response thereto (Document #17), it is hereby ORDERED that the motion is GRANTED in its entirety.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.