IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA STOKES, AS** | : | CIVIL ACTION |
| **ADMINISTRATRIX FOR THE** | : | |
| **ESTATE OF MATTHEW J.** | : | |
| **MUNRO,** | : | NO. 08-3775 |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **NATIONAL RAILROAD** | : | |
| **PASSENGER CORP., et al.,** | : | |
| **Defendants** | : | |

**O R D E R**

**AND NOW**, this 7th day of October, 2009, upon careful consideration of the defendant's motion for protective Order (Document #45), and the plaintiff's response thereto (Document #47), it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the plaintiff is precluded:

(1) In discovery from obtaining a copy of the report entitled "Conceptual Study for Elimination of Private Grade Crossings & Public Pedestrian Crossing," dated February 2006.

(2) In discovery from obtaining any information concerning the report entitled "Conceptual Study for Elimination of Private Grade Crossings & Public Pedestrian Crossing," dated February 2006.

(3) At trial from referring in any way to the report entitled "Conceptual Study for Elimination of Private Grade Crossings & Public Pedestrian Crossing," dated February 2006.

BY THE COURT:

/s/ Lawrence F. Stengel

_____
LAWRENCE F. STENGEL, J.